1   KATHRYN C, WANNER, (Cal. Bar No. 269310)
    Email: wannerk@sec.gov
2   TERI M. MELSON (Cal. Bar No. 185209)
    Email: melsont@sec.gov
3
    Attorneys for Plaintiff
4   Securities and Exchange Commission
    Michele Wein Layne, Regional Director
5   Katharine Zoladz, Associate Regional Director
    Amy J. Longo, Regional Trial Counsel
6   444 S. Flower Street, Suite 900
    Los Angeles, California 90071
7   Telephone:  (323) 965-3998
    Facsimile:   (213) 443-1904

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12                                          2:21-cv-01298-JAD-BNW

13   SECURITIES AND EXCHANGE
     COMMISSION,
14
              Plaintiff,                     **COMPLAINT**
15
          vs.                                **(Filed Under Seal)**
16
     PROFIT CONNECT WEALTH
17   SERVICES INC., JOY I. KOVAR, and
     BRENT CARSON KOVAR,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

Plaintiff Securities and Exchange Commission ("SEC"), alleges as follows against Defendants Profit Connect Wealth Services, Inc. ("Profit Connect"), Joy Irene Carson Kovar ("J. Kovar") and Brent Carson Kovar ("B. Kovar") (collectively, "Defendants").

## **INTRODUCTION**

1.     Since at least May 2018 through the present, J. Kovar and her recidivist son, B. Kovar, have raised at least $12 million from over 277 investors throughout the country through their company, Profit Connect. The SEC brings this emergency enforcement action against Defendants to stop their ongoing offering fraud and to freeze the funds held by Defendants, which rightfully belong to investors. As set forth below, Defendants have misappropriated millions of dollars that they received from investors for, among other things, their own personal use.

2.     Defendants promised investors that their money would be invested in securities, bitcoin and other cryptocurrencies based on recommendations made by an "Artificial intelligence supercomputer." Profit Connect claims that its supercomputer consistently generates enormous returns, which in turn allows Profit Connect to guarantee investors fixed returns of 20%-30% per year with monthly compounding interest.

3.     However, Profit Connect is a fraud. The majority of funds received by Profit Connect did not come from any investments or profits generated by a "supercomputer." Instead, over 90% of Profit Connect's funds came from investors. After receiving investors' money, Defendants did not use these funds to trade securities, invest in foreign currencies, buy cryptocurrencies, or do any of the things that Profit Connect promised its investors it would do with their money. Instead, Defendants misused investor money by, among other things, transferring millions of dollars to J. Kovar's personal bank account, paying millions of dollars to promoters who brought investors to the Profit Connect website to invest, and making payments to other investors in a Ponzi-like fashion.

1

4.     By engaging in this conduct, Defendants are violating, and, unless restrained and enjoined, will continue to violate Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)], Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)], and Exchange Act Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

## THE DEFENDANTS

5.     **Profit Connect Wealth Services Corp**. is a Nevada corporation formed on May 2, 2018. Its principal place of business is Las Vegas, Nevada. Profit Connect was formed by J. Kovar, who has served as its president and treasurer since its inception. Profit Connect purports to place investor funds in various investments as determined by a "supercomputer" using "Artificial Intelligence." Profit Connect guarantees investors fixed returns of 20% to 30% per year (depending on the amount invested) with monthly compounding interest. From its formation in May 2018 to the present, Profit Connect has had no discernable source of income or revenue. Rather, virtually all of its funds appear to have come from investors. Neither Profit Connect nor its securities offerings are registered with the SEC.

6.     **Joy Irene Carson Kovar**, age 86, resides in Las Vegas, Nevada. J. Kovar formed Profit Connect on May 2, 2018 with herself as its president, treasurer, secretary and director. In April 2019, J. Kovar named her son B. Kovar as the director of Profit Connect in her place. She also named another individual as the secretary of Profit Connect. J. Kovar remained the president and treasurer of Profit Connect and she holds those positions today. J. Kovar has opened at least eight bank accounts in the name of Profit Connect at three different banks. J. Kovar was the sole signatory on six of the Profit Connect bank accounts, including the primary account that received investor funds, until she recently added her son, B. Kovar, as a signatory to two existing Profit Connect bank accounts and to two new bank accounts in the name of Profit Connect. J. Kovar has never held any securities licenses and has never been registered with the SEC in any capacity.

2

7.     **Brent Carson Kovar ("B. Kovar"),** age 54, is a resident of Las Vegas, Nevada and is the son of J. Kovar.  On April 4, 2019, B. Kovar was named as the director of Profit Connect with J. Kovar remaining its president and treasurer.  As described in further detail below, B. Kovar has touted Profit Connect on social media to investors, received almost $353,000 of Profit Connect investor funds and facilitated the purchase of a residential home in the name of Profit Connect.  B. Kovar has never held any securities licenses and has never been registered with the SEC in any capacity.

8.     In 2010, the SEC obtained a permanent injunction, a penny stock bar, and an officer and director bar against B. Kovar for his role in a pump-and-dump offering fraud.  *See SEC v. Sky Way Global LLC, et al.*, Civ. No. 09-CV-455 (M.D. Fla. Mar. 13, 2009) (Dkt. No. 158).  The *Sky Way Global LLC* complaint alleged that B. Kovar made material misrepresentations and omissions to investors about Sky Way Global possessing a nationwide network of broadcasting towers and anti-terrorism technology.  J. Kovar served as the secretary of Sky Way Global but was not charged in that matter.

## JURISDICTION AND VENUE

9.     The Court has jurisdiction over this action pursuant to Sections 20(b), 20(d)(1) and 22(a) of the Securities Act [15 U.S.C. §§ 77t(b), 77t(d)(1) & 77v(a)], and Sections 21(d)(3)(A), 21(e) and 27(a) of the Exchange Act [15 U.S.C. §§ 78u(d)(1), 78u(d)(3)(A), 78u(e), &78aa(a)].

10.     Defendants have, directly or indirectly, made use of the means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange in connection with the transactions, acts, practices and courses of business alleged in this complaint.

11.     The SEC seeks to restrain and enjoin the Defendants from engaging in the acts, practices, and courses of business described in this Complaint and acts, practices, and courses of business of similar purport and object.  The SEC seeks

1   temporary, preliminary, and permanent injunctions, disgorgement of ill-gotten gains

2   derived from the conduct alleged in the Complaint plus prejudgment interest thereon,

3   and civil penalties pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)]

4   and Section 21(d)(3) of the Exchange Act [15 U.S.C. §§ 78u(d)(3)], and such other

5   relief that the court may deem appropriate.

6          12.     Venue is proper in this district pursuant to Section 22(a) of the Securities

7   Act [15 U.S.C. § 77v(a)] and Section 27(a) of the Exchange Act [15 U.S.C. §

8   78aa(a)] because Profit Connect is a Nevada corporation with its principal place of

9   business located in this district, because J. Kovar and B. Kovar reside in this district,

10  and because many of the acts and transactions constituting violations of the federal

11  securities laws occurred within the district, including, but not limited to,

12  misappropriation of investor funds through transactions at banks located within this

13  district.

14                              **BACKGROUND**

15  **A.      Defendants Raised Money from Investors through the Offer and**

16  **        Sale of "Supercomputer Seat" Wealth Builder Accounts**

17         13.     Profit Connect claims that it uses "proprietary A[rtificial] intelligence"

18  and a "supercomputer" "to deliver higher than average returns, without the risk

19  exposure to the current stock market."

20         14.     Profit Connect claims that it trades in "Forex, Stock and asset markets"

21  and this activity "helps to diversify its income stream from the company's main

22  income source of Blockchain Mining."

23         15.     Profit Connect tells investors that they have the opportunity to invest by

24  opening a "Wealth Builder Supercomputer Seat APR account."

25         16.     When investors open an account with Profit Connect, they are

26  purchasing a Wealth Builder supercomputer "seat" which represents "cycle time on

27  our supercomputer system," according to Profit Connect.

28         17.     Profit Connect states that after opening a wealth builder account, a

                                        4

1  representative will call the investor to answer any questions and to provide the

2  investor with a "custom wealth builder spreadsheet" that is updated monthly.

3      18.    As set forth in further detail below, Profit Connect's claims about the use

4  of investor funds, safety of investor funds and its profits are all false.

5  **B.**    **Defendants Promote Profit Connect Through its Website and on**

6      **Various Social Media Platforms through "Agents and Affiliates"**

7      **1.**    **The Profit Connect Website**

8      19.    Profit Connect encourages investors to invest their money through its

9  website located at https://profitconnect-wealthservices.com/.

10      20.    The Profit Connect website guarantees investors that in return for

11  investing a lump sum, they will receive fixed annual returns of 20% to 30%,

12  depending on the amount invested, and monthly compound interest.

13      21.    Profit Connect also advertises on its website that it has a "monthly

14  subscription" option in which an investor deposits a set amount each month, ranging

15  from $50 to $1,000, with guaranteed returns of 15% to 20% per year.

16      22.    On its website, Profit Connect actively encourages investors to use

17  money from their retirement funds to invest with Profit Connect and includes step-by-

18  step instructions directing investors how to form a self-directed IRA.

19      23.    Profit Connect advertises a "Wealth Builder Home Equity" account on

20  its website with a minimum investment of $100,000 and a 48-month term, which

21  Profit Connect claims will result in a 20% fixed annual return with "compound

22  monthly APR." Profit Connect advertises this account to investors who want to

23  invest using a "50% home equity lien" and "50% USD funds."

24      24.    Profit Connect also offers an 18 year "Wealth Builder Youth" account

25  that it targets to "Parents, Grandparents, Family and Friends that want to give a gift of

26  success." Profit Connect promises 20% fixed annual returns and "compound monthly

27  APR" for investors who open this type of account.

28      25.    Profit Connect states on its website that it "internally trades on the New

York Stock Exchange, NASDAQ, Japan Exchange Group and Shanghai Stock Exchange using Ai and experienced traders."

26.     The Profit Connect website claims that the Wealth Builder "APR is Fixed and Locked-in" and "the APR is not affected by the stock market, foreign exchange currency market or the asset market." This is because, Profit Connect contends, it "utilizes multiple streams of revenue, so if one income area experiences a slow down the other profit streams make up the difference."

27.     Profit Connect tells investors that Wealth Builder accounts "are not affected by the current market volatility" because the "supercomputer system guides the use of Profit Connect internal funds to be focused on long and short positions in foreign currency, stocks, block-chain calculations, venture capital services and real estate opportunities."

28.     Profit Connect promises investors on its website that its offerings include its "famous peace of mind money back guarantee" and represents that its "financial reserves are significantly higher than all of its Seat purchaser's deposits combined."

29.     The Profit Connect website tells investors that their funds are invested in sectors chosen by the Profit Connect "supercomputer" and the profits are then "deposit[ed] into [a] FDIC-NCUA Insured Profit Connect Cumulative Business Account" at Bank of America, Chase, Wells Fargo and/or Navy Federal Credit Union. The Profit Connect website includes purported official logos for each of these banks and Profit Connect refers to these financial institutions as "our banking association."

30.     The Profit Connect website has a chart showing that investors are not charged any fees for management, operating expenses, or other expenses.

31.     As the founder, president and treasurer of Profit Connect, and the person with sole signatory authority over all of the bank accounts in the name of Profit Connect until very recently, J. Kovar controls Profit Connect. On information and

1 | belief, J. Kovar had ultimate authority over the content of Profit Connect's website
2 | and the misstatements made to investors through its website.

3 |     32.    As detailed below, B. Kovar has made misrepresentations similar to
4 | those on the Profit Connect website in a YouTube video promoting Profit Connect to
5 | potential investors that is currently accessible to the public.

6 |     **2.**    **"Agents and Affiliates" were Paid Commissions to Promote**
7 |         **Profit Connect**

8 |     33.    In addition to its website, Profit Connect relies on promoters who tout
9 | Profit Connect and its substantial fixed returns using their social media platforms.

10 |     34.    Profit Connect has a separate website devoted to the purported 1000+
11 | "successful worldwide agents and affiliates," which is located at https://profitconnect-
12 | agent.com/.

13 |     35.    The Profit Connect website for agents and affiliates states that they are
14 | paid up to 20% for referrals and can receive additional bonuses based on factors such
15 | as the number of referrals and monthly sales volume.

16 |     36.    Profit Connect's bank records reflect that from May 2018 through April
17 | 12, 2021, over $3 million, or approximately 26% of the funds from investors in Profit
18 | Connect, were used to pay those who promoted Profit Connect.

19 |     37.    These "agents and affiliates" who promote Profit Connect often use their
20 | social media platforms to publicize the Profit Connect wealth builder accounts on
21 | YouTube, Facebook, Instagram, Twitter and LinkedIn.

22 |     38.    Promoters often post an excerpt or screenshot from the Profit Connect
23 | website on their social media showing 20%-30% fixed and guaranteed returns (with
24 | monthly compounding interest) and they direct their followers to the Profit Connect
25 | website.

26 |     39.    For example, on April 16, 2021, one of the major promoters of Profit
27 | Connect posted a Facebook message with an excerpt from the Profit Connect website
28 | featuring the 20%-30% guaranteed return.  The post stated the following: "I just

really wish all my friends and family, whom I love and care for greatly, would open

their minds enough in order to allow themselves to take advantage of this amazing

platform!!!!  It's not a new concept anymore, it has a 28 month proven track record

with major partners like Tesla & Berkshire Hathaway!!!  You're only hurting

yourself by ignoring it."

40.     Another major promoter of Profit Connect posted the following on

Twitter on October 23, 2019: "Yep, it's official!!  We have now taken possession of

our new 27,600 Sq Ft Data Center.  If you would like to know more about what we

do, take look at this video, and feel free to message me."  There is a link to a

YouTube video about Profit Connect as part of this post.

41.     Another post on Facebook from a Profit Connect promoter, dated April

28, 2021, states "[w]hen the company you've been working with since the day they

started just over 2 years ago, surpasses $1 Billion in sales in its first 27 months, you

know you're in the right place, at the right time, working with the right people!!!!"  In

response to a question about whether this post referred to a parent company or to

[Profit Connect] Wealth Services, the Facebook author responded "Solely WS, which

is what I'm referring to launched 27 months ago."

42.     In a video dated October 8, 2020, that is currently accessible to the

public at www.youtube.com/watch?v= zqoAvTeggcM, a promoter for Profit Connect

tells potential investors about the company and says, among other things, that "[o]n

the wealth builder," there is "an any time money back guarantee . . . that means that

any time that you need your money back, you can, in fact, say, 'Give me my money

back,' and we will return it to you, no question[s] asked."

43.     In a video dated March 24, 2021, that is currently accessible to the

public at www.youtube.com/watch?app=desktop&v=k35FiZhg7W4, a promoter of

Profit Connect touts Profit Connect to potential investors.  In that video, the promoter

refers to Bank of America, Chase, Wells Fargo and Navy Federal Credit Union and

claims that "these banks vetted us amazingly deeply . . . they put us through the

1   ringer." He adds that "they wouldn't stamp their name on our project and our

2   website, and give us approval, and give us FDIC if they weren't going to vet us

3   tremendously well." He adds that investments in Profit Connect are "safe and secure

4   with FDIC insurance."

### 3.   B. Kovar Assists the Profit Connect "Agents and Affiliates" and Solicits Investors on YouTube

7   44.   B. Kovar has been the sole director of Profit Connect since April 2019

8   and has been identified on social media platforms as its CEO.

9   45.   As of May 2021, B. Kovar was added as a signatory to four Profit

10  Connect bank accounts, including the bank account that receives investor funds.

11  46.   From May 2018 through April 2021, at least three deposits from two

12  investors who invested a combined amount of over $693,000 in Profit Connect

13  included the comment "Attn. Brent" when wiring money to Profit Connect.

14  47.   B. Kovar appears in a promotional video dated February 20, 2019. This

15  YouTube video remains accessible to the public using following internet link:

16  https://www.youtube.com/watch?v=2hBfYCjkTeE

17  48.   On this video, B. Kovar states that "Profit Connect ... is an artificial

18  intelligence company." He states that Profit Connect began using artificial

19  intelligence and supercomputers to mine bitcoin, which "created a fair amount of

20  wealth," funded Profit Connect, and paid the salaries of its employees.

21  49.   On this YouTube video, B. Kovar states that Profit Connect has recently

22  decided to "offer [its artificial intelligence technology] to the public as a computer

23  seat which has a fixed interest rate. So whether bitcoin goes up or bitcoin goes down,

24  you still make the same percentage. If you're in the 20 percent package, of course

25  you are fixed at 20..."

26  50.   B. Kovar claims in the video that Profit Connect can offer such high

27  returns because the supercomputer "sees what's happening ahead of time..." and

28  "gets out of the trade before it loses money."

51.   On this YouTube video, B. Kovar holds up an object and states "I have a mining card here to show you what they look like" and claims that Profit Connect uses artificial intelligence to "only decode [those mining cards] off the block chain that actually have transactions" which makes them "much, much more efficient."

52.   On this YouTube video, B. Kovar states that Profit Connect has recently expanded beyond mining bitcoin and now engages in trading currencies, trading cryptocurrency, and trading securities on the New York Stock Exchange.  B. Kovar adds that "[s]o, we have several different ways that Profit Connect Wealth Services is creating money."  B. Kovar represents that "these are all the different places that the money actually goes" and "the money goes to work immediately."

53.   B. Kovar states on this YouTube video that Profit Connect wealth builder accounts not only pay a fixed interest rate, but the interest compounds monthly, which B. Kovar claims is "the secret weapon of wealth."

54.   B. Kovar states on this video that Profit Connect is engaged in the same business activities as large banks, except that Profit Connect has decided to share its "huge returns" with investors and "give it back to the person that is actually putting the money in."  As such, B. Kovar claims that Profit Connect is a "disrupter" in the banking industry just as Uber disrupted the taxi industry "because it's about time that people should share in those high interest rates."

55.   B. Kovar tells investors on this YouTube video that they can move money from their 401(k) retirement account and transfer their retirement funds to a Profit Connect wealth builder account.  B. Kovar adds that a Profit Connect representative "can help you with all of that of where it needs to be transferred."

56.   B. Kovar also represents on this YouTube video that "of course there's no fees in this" unlike a "mutual fund or hedge funds or any of these indexes … where most of your interest is taken in fees."

57.   B. Kovar tells investors on this video that "[i]f you would like to opt out, you can do that in any quarter" and then "all of your money would then be sent

1  directly back to you, the original deposit that you put in for the seat as well as all the

2  compound interest." Profit Connect can repay investors at any time, B. Kovar claims,

3  because "[i]t stays your money the entire time" and "[y]ou don't lose any of it."

4        58.    B. Kovar also states on this video that because Profit Connect uses

5  artificial intelligence to leverage investments, "you don't have to do anything. You

6  just have to enjoy life and let the time go by."

7        59.    On this video, B. Kovar directs investors to the Profit Connect website

8  for additional information about Profit Connect.

9        60.    On this YouTube video promoting Profit Connect, B. Kovar failed to

10  disclose the judgment entered against him in the Sky Way Global offering fraud case,

11  and introduces himself solely as "Brent," without providing his last name.

12       **C.**    **Defendants are Misappropriating Money from Investors**

13        61.    Investors send money to Profit Connect primarily by wire and check to a

14  checking account in the name of Profit Connect at Bank of America with the account

15  number ending in 8677 (hereinafter "the Profit Connect Investor Account."). On

16  receipt, the Profit Connect investor money is pooled in the Profit Connect Investor

17  Account.

18        62.    The Profit Connect Investor Account was opened by J. Kovar in May

19  2018.

20        63.    J Kovar was the only person with signatory authority over the Profit

21  Connect Investor Account until May 21, 2021.

22        64.    On or about May 21, 2021, B. Kovar was added as a signatory to the

23  Profit Connect Investor Account.

24        65.    When B. Kovar was added as a signatory to the Profit Connect Investor

25  Account on or about May 21, 2021, B. Kovar was identified as "president" and J.

26  Kovar was identified as "CEO" on the bank signatory forms.

27        66.    Profit Connect's bank records from May 2018 through June 2021 reflect

28  that it received no revenue. For example, the Profit Connect bank accounts do not

1    reflect incoming funds from investment or brokerage accounts that would result from

2    profitable stock trades.  Instead, the only significant source of funds coming in to

3    Profit Connect – over 90% of funds – came from investors.

4          67.    Instead of using investor money as represented, Profit Connect's bank

5    records demonstrate that Defendants misappropriated the majority of investor funds

6    through a variety of means, including the following:

           a.    over $3 million of investor funds was used to make payments to
various promoters who solicited investors in Profit Connect using
their social media platforms;

           b.    approximately $1 million went to other individuals associated
with Profit Connect, including individuals who have been issued
credit cards in the name of Profit Connect;

           c.    as of April 12, 2021, J. Kovar had used at least $1.679 million of
investor funds for her own use, including for credit card
purchases, in-person cash withdrawals, and an automobile;

           d.    very recent bank records show that between April 21, 2021 and
June 9, 2021, J. Kovar made ten transfers of at least $120,000
each from the Profit Connect Investor Account to her own
personal bank account – for a total of more than $1.2 million in
less than two months;

           e.    over $250,000 went to charges for photography, apparel and a
charity related to B. Kovar;

           f.    at least $629,000 was used to repay other investors;

           g.    at least $440,000 was used to purchase a residential home in
January 2021 which B. Kovar facilitated by signing the grant
deed;

           h.    $1.6 million of investor funds went to make payments on a
number of different credit cards, including a credit card in the

name of Profit Connect.  These credit card charges included almost $353,000 charged on the Profit Connect credit card assigned to B. Kovar for expenses related to restaurants, grocery stores, Amazon and Costco between June 9, 2020 and April 8, 2021.  On April 2, 2021 alone, B. Kovar charged over $23,500 at Costco.

68.     Because Profit Connect has virtually no source of funds other than investors, the money misused by Defendants came almost exclusively from investors.

69.     Profit Connect's bank records shows that none of the investor funds was used for investment purposes as represented by Defendants, including as represented by B. Kovar on his YouTube video or on the Profit Connect website.  The following are two examples that show the flow of investor funds:

    a.    In March 2021, the Profit Connect Investor Account received $1,841,227.31 in deposits.  At least $1,745,269.66 of the deposits (94.7%) were from individuals who appear to be investors.  $90,648 of these deposits (4.9%) were from other individuals or entities.

        i.    The funds described above were used in the following ways:

            1.    $568,637 (approximately 46%) was used to pay to individuals associated with Profit Connect and virtually all of this money – $519,400 – was paid to J. Kovar;

            2.    $172,340 (approximately 14%) was used to make payments for credit cards;

            3.    $67,657 (approximately 5%) was used to pay individuals who appear to be investors; and

            4.    $54,340 (approximately 4%) was used to make



payments to those who promote Profit Connect to investors.

    b.    On March 9, 2021, an individual who appears to be an investor sent a wire in the amount of $193,000 to the Profit Connect Investor Account with a reference stating: "Super Computer Seat time." As set forth below, there were no disbursements or transfers that relate to investing activities from the date of this deposit through March 31, 2021.

        i.    From March 9, 2021, when $193,000 was wired to the Profit Connect Investor Account, through the end of March 2021, these investor funds were disbursed as follows:

            1.    $458,000 was transferred directly to the personal bank account of J. Kovar;

            2.    $200,000 was paid to an entity that provides HVAC/plumbing services;

            3.    $134,237 was used to pay credit cards, including those associated with the J. Kovar, B. Kovar and with Profit Connect;

            4.    $44,400 was paid to other individuals;

            5.    $42,240 was paid to individuals who promote Profit Connect to investors;

            6.    $24,333 was paid to individuals associated with Profit Connect, including those who have received a Profit Connect credit card for their use;

            7.    $10,000 was used to pay for legal services; and

            8.    $2,649 was used to make payments to individuals who appear to be investors.

70.    In addition to being the only ones with signatory authority over the

14

Profit Connect Investor Account, J. Kovar and B. Kovar were actively involved in the movement and misappropriation of investor funds.  For example,

    a.    The Profit Connect Investor Account was accessed on over 3,000 occasions between May 27, 2020 through at least April 11, 2021 through a logon ID that includes the name "jkovar" and, on at least 2,614 of those instances, the Profit Connect Investor Account was accessed through an internet account in the name of "Joy Kovar."

    b.    The Profit Connect Investor Account was accessed on over 23,000 occasions, from May 16, 2018 through at least April 12, 2021, using a logon ID named "profitconnect" and, on over 100 of those instances, the Profit Connect Investor Account was accessed through an internet account in the name of "Profit Connect" that listed "Brent Kovar" as the customer contact person.

    c.    On at least 17 occasions between October 18, 2018 and July 7, 2020, J. Kovar made cash withdrawals to purchase cashier's checks for a total of $428,905.  Additionally, J. Kovar withdrew over $72,000 in cash withdrawals from the Profit Connect Investor Account, through teller and ATM transactions.

    d.    Some of the transfers from the Profit Connect Investor Account to J. Kovar's personal account appear to be for the benefit of B. Kovar because they contained a credit notation stating "Brent Kovar."

**D.**    **Defendants Made Materially False and Misleading Statements**

    **1.**    **Defendants' Misrepresentations about How Investor Funds Will Be Used by Profit Connect**

71.    Through the Profit Connect website and the YouTube video featuring B. Kovar, Defendants have made, and continue to make numerous materially false and

1 misleading statements and omissions regarding key aspects of the investment
2 including, among other things, the use of investor funds.

3     72.    As set forth above, the Profit Connect website and video with B. Kovar
4 state, among other things, that investor funds will be used immediately for trading on
5 the New York Stock Exchange, for mining bitcoin and to invest in cryptocurrencies,
6 as directed by Profit Connect's supercomputer, which utilizes artificial intelligence.

7     73.    Profit Connect's bank records show that from May 2018 to April 12
8 2021, none of the investor money has ever been transferred out of the Profit Connect
9 Investor Account for any legitimate investment purpose, including for stock or forex
10 trading, or cryptocurrency.

11     74.    For example, there are no transfers out of the main investor account to
12 any brokerage firms that conduct trading on the stock exchanges and over 90% of the
13 money coming in to the Profit Connect bank accounts came from investors.

14     75.    Although more than $12 million in investor funds was raised by Profit
15 Connect between May 2018 and the present, the majority of those funds was diverted
16 to Defendants for their personal use or to pay promoters who lured investors to invest
17 in Profit Connect, as detailed above.

18     76.    Defendants also falsely state that there are no fees charged to investors
19 by Profit Connect and they do not disclose to investors that a significant percentage
20 of their money will be used to pay promoters for bringing in investors.

21     77.    The above misrepresentations and omissions as to the use of investor
22 proceeds were material to investors and potential investors.  It would be material to a
23 reasonable investor to know that their funds were not being used for the stated
24 purpose, but misappropriated by Defendants.

25     **2.**    **Defendants' False and Misleading Statements about the**
26            **Profits Generated by Profit Connect**

27     78.    The Profit Connect website repeatedly claims that the Wealth Builder
28 annual returns are "Fixed and Locked-in" and Profit Connect tells investors there is

1   no market volatility because the supercomputer can predict market events and "if one
2   income area experiences a slow down the other profit streams make up the
3   difference."

4       79.    As set forth above, B. Kovar made repeated representations regarding
5   the profitability of Profit Connect and he offered detailed explanations regarding how
6   Profit Connect could offer such large returns.

7       80.    Defendants' representations about the profitably of Profit Connect were
8   false. Profit Connect bank accounts do not show any revenue or profits being
9   generated.

10      81.    Representations about the amount of profits investors would receive,
11  especially where funds were invested for the purpose of building an educational fund
12  or planning for retirement, would be important to investors.

13      **3.    Defendants' False and Misleading Statements about the Safety**
14              **of Investor Funds**

15      82.    Profit Connect repeatedly assures investors on its website that their
16  funds are safe and guaranteed, just as B. Kovar promised investors they could receive
17  a return of their funds (with interest) at any time on his YouTube video.

18      83.    Profit Connect attracts investors with its "famous peace of mind money
19  back guarantee" and assures them that it has financial reserves that are significantly
20  higher than all of the money it has obtained from investors.

21      84.    These representations are false. As of March 2021, Profit Connect had
22  less than 20% of the total investor funds raised in its bank accounts and could not
23  possibly return all investor funds.

24      85.    Profit Connect tells investors on its website that their profits are
25  "deposit[ed] into [a] FDIC-NCUA Insured Profit Connect Cumulative Business
26  Account" at Bank of America, Chase, Wells Fargo and/or Navy Federal Credit
27  Union.

28      86.    However, bank records for accounts in the name of Profit Connect at

Navy Federal Credit Union and at JP Morgan Chase show that no investor funds were ever deposited into those accounts and these accounts never received more than the initial $250 that was deposited when the accounts were opened.  Wells Fargo has indicated that it is unable to locate any bank accounts in the name of "Profit Connect Wealth Services, Inc."

87.    Although investor funds were deposited into an account in the name of Profit Connect at Bank of America, most of those funds were transferred out or used for, among other things, Defendants' personal use (as detailed above).

88.    Defendants omitted to state material facts that were necessary to render their representations regarding the safety and security of an investment in Profit Connect not misleading.

89.    These omissions include that Profit Connect did not have more funds than the principal it received from investors (as Defendants claimed) and that Profit Connect could not actually return investors' principal upon request (as Defendants claimed).

90.    The misrepresentations about the safety and security of an investment in Profit Connect were material to investors and to prospective investors because a reasonable investor would want to know whether an investment was safe and secure.

**E.    Defendants are engaged in a Scheme to Defraud**

91.    Defendants committed, and are committing, deceptive acts in furtherance of their fraud.  Among other things, and as more fully alleged above, Defendants:

        a.    misappropriated investor funds from the Profit Connect Investor Account (for which J. Kovar and B. Kovar are the only two signatories) for their personal use;

        b.    used investor funds to pay other investors, in a Ponzi-like fashion;

        c.    paid promoters – using investor funds – to hype Profit Connect on various social media platforms (including Facebook, Instagram,

LinkedIn, Twitter and YouTube) and to bring in additional
promoters;

d.      gave potential and current investors the false appearance that
Profit Connect's business was real, and that it was in fact mining
bitcoin to generate consistently high and fixed returns through,
among other things, the representations made on the Profit
Connect website and on the YouTube video featuring B. Kovar;

e.      structured and marketed the Wealth Builder Investment accounts
as long-term investments, such as the educational wealth builder
account aimed at grandparents and parents that has an 18 year
term, to prolong their fraud and minimize the risk of their fraud
collapsing and being discovered; and

f.      made and disseminated the materially false and misleading
statements described above.

## F.      Defendants Acted with Scienter

92.      Defendants knew, or were reckless in not knowing, that Profit Connect
did not make the investments it represented to investors, including trading securities
and cryptocurrencies, and instead investor funds were misused and misappropriated
by Defendants.

93.      Defendants further acted unreasonably in making representations to the
contrary.

94.      Defendants knew, or were reckless in not knowing, that Profit Connect
could not provide investors with the large guaranteed returns of up to 30% that it
promised, especially where Profit Connect's only real source of funds came from
investors and it did not generate any revenue or profits.

95.      Defendants knew, or were reckless in not knowing, that Profit Connect
could not make good on its "peace of mind" promise that investors could receive their
money back at any time given that Defendants had misused and misappropriated

1   investor funds.

2   96.   Defendants knew, or were reckless in not knowing, that investor funds
3   were not in safe and insured bank accounts located at the banks listed on its website
4   and that Profit Connect did not have substantially more funds than those provided by
5   investors, as it claimed.

6   97.   Defendants knew, or were reckless in not knowing, that they were
7   misappropriating investor funds and they acted unreasonably in making
8   representations to the contrary, including that Profit Connect did not charge any fees
9   to investors.

10   98.   As Profit Connect's officers and directors and the only individuals with
11   signatory authority over the Profit Connect Investor Account, J. Kovar's and B.
12   Kovar's states of mind are imputed to Profit Connect.

13   **G.    The Wealth Builder Accounts Offered by Profit Connect are**
14   **Securities**

15   99.   Defendants offered and sold investments that are "securities" in the form
16   of investment contracts as defined in Section 2(a)(1) of the Securities Act and Section
17   3(a)(10) of the Exchange Act [15 U.S.C. §§ 77b(a)(1) and 79c(a)(10)].

18   100.   The investments were part of a common enterprise because both
19   investors and Profit Connect were to make money through Profit Connect's
20   investments, because Profit Connect pooled all investor funds into one bank account
21   (the Profit Connect Investor Account), and because Profit Connect used some of
22   those funds to make payments to investors.

23   101.   Profit Connect investors were passive investors with no involvement in
24   Profit Connect's investment activity.

25   102.   Investors relied entirely on the efforts of Profit Connect, which claimed
26   that investor money would be invested in sectors determined by Profit Connect's
27   proprietary "supercomputer."

28   ///

**H.     Defendants' Misrepresentations Are "In the Offer or Sale" and "In Connection with the Purchase or Sale" of the Securities**

103.   The misstatements and omissions alleged herein were made by Defendants in order to induce investors to place their money in a Wealth Builder Account offered by Profit Connect.

104.   For example, the misstatements and omissions described above were made in YouTube videos and through other social media, which directed potential investors to the Profit Connect website.

105.   Through the Profit Connect website, Defendants offered and sold securities in the form of a "supercomputer seat" investment account and provided a link that allowed investors to set up a Wealth Builder Account with the click of a button.

106.   The misstatements and omissions alleged above were made on the Profit Connect website that was reviewed by investors at the time they were deciding whether to invest in Profit Connect and were made to induce investors to invest their money with Profit Connect.

107.   Bank records indicate that at least 277 investors sent more than $12 million to invest in a Profit Connect supercomputer seat account since its formation in May 2018.

**I.     J. Kovar Is a Control Person of Profit Connect**

108.   J. Kovar had control over Profit Connect during the relevant period.

109.   J. Kovar was the founder of Profit Connect and from its inception in May 2018 until April 2019, J. Kovar held all corporate offices since she served as its president, treasurer, secretary and director.

110.   In April 2019, she added her son B. Kovar as a director of Profit Connect and added another individual as the secretary of Profit Connect, while J. Kovar remained its president and treasurer.

111.   J. Kovar was the sole signatory until very recently on all of the Profit

Connect bank accounts, including the main account at Bank of America, the accounts described above located at Navy Federal Credit Union and the accounts described above located at JP Morgan Chase.  J. Kovar thus received the investor funds and controlled those funds.

112.   J. Kovar thus exercised control over Profit Connect and its general operations and activities.

## FIRST CLAIM FOR RELIEF

**Fraud in Connection with the Purchase or Sale of Securities**

**Violations of Section 10(b) of the Exchange Act and Rule 10b-5(b)**

**[15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5(b)]**

**(Against All Defendants)**

113.   The SEC realleges and incorporates by reference in this claim for relief all of the allegations set forth above, as if they were fully set forth herein.

114.   In the course of Profit Connect's securities offering, Defendants made material misrepresentations and omissions about, among other things, the profits generated by Profit Connect, the safety of the investment and how investor funds would be used.

115.   By engaging in the conduct described above, Defendants, and each of them, directly or indirectly, in connection with the purchase or sale of a security, and by the use of means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange, knowingly or recklessly, made untrue statements of a material fact or omitted to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading.

116.   By engaging in the conduct described above, Defendants have violated, and unless restrained and enjoined will continue to violate, Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5(b) thereunder [17 C.F.R. § 240.10b-5(b)].

## SECOND CLAIM FOR RELIEF

### Fraud in Connection with the Purchase or Sale of Securities

### Violations of Section 10(b) of the Exchange Act and Rules 10b-5(a) and (c)

### [15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5]

### (Against All Defendants)

117.   The SEC realleges and incorporates by reference in this claim for relief all of the allegations set forth above, as if they were fully set forth herein.

118.   In the course of Profit Connect's securities offering, Defendants engaged in a scheme to defraud by, among other things: (1) misappropriating investor funds for their personal use; (2) concealing from investors the true facts about Profit Connect's business operations and lack of investments through misrepresentations on the Profit Connect website and on the YouTube video with B. Kovar; and (3) lulling investors into a long-term investment with Profit Connect by promising them that their investment was safe and insured by using the logos of major banks even where no investor funds were ever deposited in to those banks.

119.   By engaging in the conduct described above, Defendants, and each of them, directly or indirectly, in connection with the purchase or sale of a security, and by the use of means or instrumentalities of interstate commerce, of the mails, or of the facilities of a national securities exchange, knowingly or recklessly: (a) employed devices, schemes, or artifices to defraud; and (b) engaged in acts, practices, or courses of business which operated or would operate as a fraud or deceit upon other persons.

120.   By engaging in the conduct described above, Defendants have violated, and unless restrained and enjoined will continue to violate, Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rules 10b-5(a) and (c) thereunder [17 C.F.R. § 240.10b-5].

///

///

## THIRD CLAIM FOR RELIEF

### Fraud in the Offer or Sale of Securities

### Violations of Sections 17(a)(1) and 17(a)(3) of the Securities Act

### [15 U.S.C. § 77q(a)(1) and 77q(a)(3)]

### (Against All Defendants)

121.   The SEC realleges and incorporates by reference in this claim for relief all of the allegations set forth above, as if they were fully set forth herein.

122.   In the course of Profit Connect's securities offering, Defendants engaged in a scheme to defraud by, among other things: (1) misappropriating investor funds for their personal use; (2) concealing from investors the true facts about Profit Connect's business operations and lack of investments through misrepresentations on the Profit Connect website and on the YouTube video with B. Kovar; and (3) lulling investors into a long-term investment with Profit Connect by promising them that their investment was safe and insured by using the logos of major banks even where no investor funds were ever deposited in to those banks.

123.   By engaging in the conduct described above, Defendants, and each of them, directly or indirectly, in the offer or sale of securities by the use of means or instruments of transportation or communication in interstate commerce or by use of the mails, acting with scienter, employed devices, schemes, or artifices to defraud; and, acting with scienter or negligence, engaged in transactions, practices, or courses of business which operated or would operate as a fraud or deceit upon the purchaser.

124.   By engaging in the conduct described above, Defendants have violated, and unless restrained and enjoined will continue to violate, Sections 17(a)(1) and 17(a)(3) of the Securities Act [15 U.S.C. § 77q(a)(1) and 77q(a)(3)].

///
///
///
///

## FOURTH CLAIM FOR RELIEF

### Fraud in the Offer or Sale of Securities

### Violations of Section 17(a)(2) of the Securities Act

### [15 U.S.C. § 77q(a)(2)]

### (Against All Defendants)

125.   The SEC realleges and incorporates by reference in this claim for relief all of the allegations set forth above, as if they were fully set forth herein.

126.   In the course of Profit Connect's securities offering, Defendants, knowingly, recklessly, or negligently obtained money or property by means of material misrepresentations and omissions about, among other things, the profits generated by Profit Connect, the safety of the investment and how investor funds would be used.

127.   By engaging in the conduct described above, Defendants, and each of them, directly or indirectly, in the offer or sale of securities, and by the use of means or instruments of transportation or communication in interstate commerce or by use of the mails, knowingly or recklessly, obtained money or property by means of untrue statements of a material fact or by omitting to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.  In the alternative, Defendants were negligent.

128.   By engaging in the conduct described above, Defendants have violated, and unless restrained and enjoined will continue to violate, Section 17(a)(2) of the Securities Act [15 U.S.C. § 77q(a)(2)].

## FIFTH CLAIM FOR RELIEF

### Control Person Liability under Section 20(a) of the Exchange Act for Violation

### of Section 10(b) of the Exchange Act and Rule 10b-5

### (Alternatively, Against J. Kovar)

129.   The SEC realleges and incorporates by reference in this claim for relief all of the allegations set forth above, as if they were fully set forth herein.

130.   As alleged above, Defendant Profit Connect violated Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

131.   J. Kovar formed Profit Connect in May 2018.  From at least May 2018 through April 2019, J. Kovar was the only officer or director of Profit Connect, and J. Kovar served as president, treasurer, secretary and director during that time.  Even after adding her son, B. Kovar as the director of Profit Connect, and another individual as secretary of Profit Connect, in April 2019, J. Kovar remained the president and treasurer of Profit Connect.  J. Kovar also exercised sole signatory authority over all of the Profit Connect bank accounts until May 21, 2021, when her son B. Kovar was made the signatory to four accounts in the name of Profit Connect. J. Kovar thus exercised control over the management, general operations, policies and funds of Profit Connect, as well as the specific activities upon which Defendants' violations are based.

132.   Based on the foregoing, J. Kovar is liable as a control person under Section 20(a) of the Exchange Act [15 U.S.C. § 78t(a)] for Profit Connect's violations of Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

## **PRAYER FOR RELIEF**

WHEREFORE, the SEC respectfully requests that the Court:

### **I.**

Issue findings of fact and conclusions of law that Defendants committed the alleged violations.

### **II.**

Issue judgments, in forms consistent with Rule 65(d) of the Federal Rules of Civil Procedure, preliminarily and permanently enjoining all Defendants, and their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with any of them, who receive actual notice of the judgment

1  by personal service or otherwise, and each of them, from violating Section 17(a) of

2  the Securities Act [15 U.S.C. §77q(a)], and Section 10(b) of the Exchange Act [15

3  U.S.C. §§ 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

### III.

5       Enter conduct-based injunctions against J. Kovar and B. Kovar, preliminarily

6  and permanently enjoining each from directly or indirectly, including but not limited

7  to, through any entity owned or controlled by them, participating in the issuance,

8  purchase, offer, or sale of any security in an unregistered offering provided, however,

9  that such injunction shall not prevent them from purchasing or selling securities for

10  their own personal accounts.

### IV.

12       Issue, in a form consistent with Fed. R. Civ. P. 65, a temporary restraining

13  order and a preliminary injunction freezing the assets of Defendants, requiring

14  accountings from each of the Defendants, prohibiting each of the Defendants from

15  destroying documents, and granting expedited discovery.

### V.

17       Order defendants Profit Connect and J. Kovar to jointly and severally disgorge

18  all ill-gotten gains from the violations alleged in this Complaint, and order them to

19  pay prejudgment interest on their ill-gotten gains.

### VI.

21       Order defendant B. Kovar to disgorge all ill-gotten gains from the violations

22  alleged in this Complaint, and order him to pay prejudgment interest on his ill-gotten

23  gains.

### VII.

25       Order Defendants to pay civil penalties under Section 20(d) of the Securities

26  Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. §

27  78u(d)(3)].

28  ///

## VIII.

Retain jurisdiction of this action in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

## IX.

Grant such other and further relief as this Court may determine to be just and necessary.

Dated: July 8, 2021

*/s/ Kathryn C. Wanner*

Kathryn C. Wanner[1]
Teri M. Melson
Attorneys for Plaintiff
SECURITIES AND
EXCHANGE COMMISSION

---

[1] Appearing pursuant to Local Rule IA 11-3 as an attorney employed by and representing the SEC, a United States agency.