# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Securities and Exchange Commission,

    Plaintiff

v.

Profit Connect Wealth Services, Inc.; Joy I. Kovar; and Brent Carson Kovar,

    Defendants

Case No.: 2:21-cv-01298-JAD-BNW

**Order Granting Nunc Pro Tunc Emergency Motion to Continue Hearing and Briefing Deadlines and Extending Temporary Restraining Order**

[ECF No. 20]

    Defendants Profit Connect Wealth Services, Inc.; Joy I. Kovar; and Brent Carson Kovar move on an emergency basis to continue the hearing on plaintiff Security and Exchange Commission's motions for a preliminary injunction and to appoint a receiver to August 9, 2021. Defendants also seek to continue the briefing deadlines associated with those motions. Defendants state that they are not opposed to extending the temporary restraining order pending the continuance of the preliminary injunction hearing. And they state that the parties are negotiating a stipulation about these matters.[1] The Commission has not filed any response.

    Good cause appearing, IT IS HEREBY ORDERED that defendants' emergency motion for a continuance **[ECF No. 20] is GRANTED nunc pro tunc in part**. The hearing on the Commission's motions for a preliminary injunction and to appoint a receiver **are CONTINUED to 4:00 p.m. on August 9, 2021**. Any response to the motion for a preliminary injunction or motion to appoint a receiver is due on July 28, 2021. Any reply in support of those motions is due on August 5, 2021.

---

[1] ECF No. 20.

IT IS FURTHER ORDERED that, for good cause appearing, the time for the temporary restraining order **[ECF No. 9] to expire is EXTENDED to 5:00 p.m. on August 9, 2021**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 21, 2021