UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>ORDER GRANTING RECEIVER GEOFF WINKLER'S MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY COUNSEL AND COMPUTER FORENSIC EXPERTS<br><br>[ECF No. 32] |

Before the Court is the Court-Appointed Receiver, Geoff Winkler's Motion for Order Authorizing Receiver to Employ Counsel and Computer Forensic Experts (ECF No. 32).

For good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

The Court APPROVES the Receiver's engagement and compensation of Smiley Wang-Ekvall, LLP as his receivership counsel, in accordance with the terms presented in the Motion and the documents submitted in support thereof;

The Court APPROVES the Receiver's engagement and compensation of Ballard Spahr LLP as his Nevada receivership counsel, in accordance with the terms presented in the Motion and the documents submitted in support thereof; and

The Court APPROVES the Receiver's engagement and compensation of Strotz Friedberg, Inc. as his computer forensic experts, in accordance with the terms presented in the Motion and the documents submitted in support thereof.

IT IS SO ORDERED.

DATED: 9/21/2021

2879686.2