1 Maria A. Gall, Esq.
Nevada Bar No. 14200
2 BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
3 Las Vegas, Nevada 89135
Telephone: (702) 471-7000
4 Facsimile:  (702) 471-7070
gallm@ballardspahr.com
5
Kyra E. Andrassy, Esq.
6 Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
7 3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
8 Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002
9 kandrassy@swelawfirm.com

10 *Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

11

12                      UNITED STATES DISTRICT COURT

13                            DISTRICT OF NEVADA

14 SECURITIES AND EXCHANGE               Case No. 2:21-cv-01298-JAD-BNW
COMMISSION,
15
                                         **ORDER APPROVING APPLICATION**
16          Plaintiff,                    **FOR ALLOWANCE AND PAYMENT**
                                         **OF FEES AND COSTS OF THE**
17 v.                                     **RECEIVER AND HIS**
                                         **PROFESSIONALS FOR THE PERIOD**
18 PROFIT CONNECT WEALTH                  **FROM AUGUST 7, 2021, THROUGH**
SERVICES, INC., JOY I. KOVAR, and        **SEPTEMBER 30, 2021**
   BRENT CARSON KOVAR,
19
            Defendants.
20                                                   ECF No. 53

21

22

23          Before the Court is the Application for Allowance and Payment of

24 Fees and Costs of the Receiver and His Professionals for the Period from

25 August 7, 2021, Through September 30, 2021 [ECF No. 53].   Having heard

26 argument on the unopposed motion, and having carefully reviewed the application

27 and its supporting exhibits, IT IS HEREBY ORDERED that the Application

28 **[ECF No. 53] is APPROVED as follows:**

SMILEY WANG-EKVALL, LLP
3200 PARK CENTER DRIVE, SUITE 250
COSTA MESA, CALIFORNIA 92626
(714) 445-1000 FAX (714) 445-1002

(1)   Geoff Winkler and American Fiduciary Services are allowed $284,076.15 in fees and $20,338.33 in costs**;

(2)   Ballard Spahr is allowed $27,022.77 in fees and $1,408.89 in costs;

(3)   Smiley Wang-Ekvall, LLP, is allowed $7,434.95 in fees and $1,527.37 in costs;

(4)   Stroz Friedberg is allowed $95,392.50 in fees and $22,864.80 in costs; and

(5)   The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs.

_____

U.S. District Judge Jennifer A. Dorsey
Dated: November 30, 2021

**The fees sought were reduced by $1,746.75 because, after careful review of the invoices, the court finds that 13.7 hours of the time billed by Renee Diefenderfer and Josh McGraw was for administrative or clerical tasks like data entry, post-office runs and mail forwarding, and conference-call scheduling, that should not be billed at a $255/hr rate. The court therefore cut the fees for those 13.7 hours by 50%.

SMILEY WANG-EKVALL, LLP
3200 PARK CENTER DRIVE, SUITE 250
COSTA MESA, CALIFORNIA 92626
(714) 445-1000 FAX (714) 445-1002