Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
gallm@ballardspahr.com

Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002
kandrassy@swelawfirm.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER APPROVING FIRST STATUS REPORT OF GEOFF WINKLER, RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC. AND PETITION FOR INSTRUCTIONS [DOC. NO. 52]**<br><br>**Hearing**:<br>**DATE:  November 30, 2021**<br>**TIME:  2:00 p.m.** |

At the above date and time and in connection with a hearing on two other motions, the Court held a hearing on the *First Status Report of Geoff Winkler, Receiver for Profit Connect Wealth Services, Inc. and Petition for Instructions* [Doc. No. 52] ("Status Report").  Appearances were as noted on the record.  The Court having reviewed the Status Report and for the reasons set forth on the record,

**IT IS HEREBY ORDERED AS FOLLOWS:**

2893418.1

(1) The Status Report and the actions of the Receiver described therein are approved, and the Court finds that the receivership should continue pursuant to the *Order: (A) Granting Parties' Stipulation to Enter a Preliminary Injunction and Order for Related Relief (1) Freezing Assets, (2) Prohibiting the Destruction of Documents, (3) Appointing a Permanent Receiver, and (4) Permitting Joy Kovar to Open a Bank Account for Certain Income; (B) Setting Video Status Conference About the Receivership; and (C) Vacating Hearing on the SEC's Motions for a Preliminary [Injunction] and to Appoint a Permanent Receiver.*

(2) In giving notice to investors and creditors of the time and place of the hearings on the items set forth in Local Rule 66-5, the Receiver is authorized to effectuate that service by e-mail and posting the notice on the website set up by the Receiver for this receivership. When notice is accomplished in this manner, a declaration shall be submitted to the Court that notice was given to investors and creditors by email, and counsel or the Receiver shall maintain a list of the addresses served with each notice.

(3) The Court finds that it would be premature to provide instructions to the Receiver regarding wire transfers and certain checks received during the temporary receivership and declines to issue a ruling at this time.

(4) The Receiver is authorized to resolve claims against sales agents who received commissions and where the amount at issue is $10,000 or less without the necessity of seeking Court approval, and may resolve any claims against a sales agent without Court approval if the amount at issue is equal to the amount to be recovered.

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 25, 2022