Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
kandrassy@swelawfirm.com

Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
gallm@ballardspahr.com

Attorneys for Receiver
Geoff Winkler of American Fiduciary Services

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER APPROVING APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM OCTOBER 1, 2021, THROUGH DECEMBER 31, 2021**<br><br>ECF No. 73 |

The Court having heard the *Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from October 1, 2021, Through December 31, 2021* and the Court having found that notice was proper and that cause exists to approve the Application,

IT IS ORDERED that the Application **[ECF No. 73] is GRANTED** :

2899593.1

(1) Receiver Geoff Winkler and American Fiduciary Services are allowed $284,348.00 in fees and $12,085.57 in costs;

(2) Ballard Spahr is allowed $60,977.72 in fees and $2,966.83 in costs;

(3) Smiley Wang-Ekvall, LLP is allowed $17,967.30 in fees and $941.41 in costs;

(4) Stroz Friedberg is allowed $10,758.75 in fees and $15,064.69 in costs; and

(5) The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

DATED: 3-3-22