Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
gallm@ballardspahr.com

Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
kandrassy@swelawfirm.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING THE RECEIVER'S THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS FOR THE PERIOD FROM JANUARY 1, 2022, THROUGH MARCH 31, 2022**<br><br>ECF No. 89 |

The Court having reviewed the Receiver's Third Interim Application for Allowance and Payment of Fees and Costs for the Period from January 1, 2022, through March 31, 2022, and having found that notice was proper and that cause exists to approve the Application, orders as follows:

///

////

2898670.2

1  (1) Geoff Winkler, as the court-appointed receiver and American Fiduciary Services are allowed fees of $225,015.00 and costs of $1,503.36;

(2) Ballard Spahr is allowed fees of $26,365.30, and costs of $1,657.28;

(3) Smiley Wang-Ekvall is allowed fees of $12,637.80 and costs of $110.63;

(4) Stroz Friedberg is allowed fees of $14,471.25 and costs of $41,981.50; and

(5) Baker Tilly is allowed fees of $12,280.50 and costs of $8.69.

The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 26, 2022

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 OFFICE, (702) 471-7070 FACSIMILE

2898670.2                                2