Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
gallm@ballardspahr.com

Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002
kandrassy@swelawfirm.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER APPROVING SECOND STATUS REPORT OF GEOFF WINKLER, RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC., AND PETITION FOR INSTRUCTIONS**<br><br>Hearing:<br>DATE:  March 3, 2021<br>TIME:   2:00 p.m.<br><br>ECF Nos. 72, 83 |

At the above date and time and in connection with a hearing on two other motions, the Court held a hearing on the *Second Status Report of Geoff Winkler, Receiver for Profit Connect Wealth Services, Inc. and Petition for Instructions* [Doc. No. 72] ("Status Report").  Appearances were as noted on the record.  The Court having reviewed the Status Report and for the reasons set forth on the record,

\\

\\

2901761.1

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1) The Receiver's status report is approved, and the receivership should continue according to the *Order: (A) Granting Parties' Stipulation to Enter a Preliminary Injunction and Order for Related Relief (1) Freezing Assets, (2) Prohibiting the Destruction of Documents, (3) Appointing a Permanent Receiver, and (4) Permitting Joy Kovar to Open a Bank Account for Certain Income; (B) Setting Video Status Conference About the Receivership; and (C) Vacating Hearing on the SEC's Motions for a Preliminary [Injunction] and to Appoint a Permanent Receiver*;

(2) Until the procedure for filing claims is implemented and the Court orders otherwise, the Receiver is excused from complying with the requirement in Local Rule 66-4(b)(4) that he file a list of creditors and investors with amounts owed; and

(3) The Receiver is authorized to consummate the settlement with Jocelyn Morris pursuant to the terms of the Settlement Agreement attached to the Status Report as Exhibit B, the terms of which are approved.

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 26, 2022