Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
gallm@ballardspahr.com

Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002
kandrassy@swelawfirm.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER APPROVING THIRD STATUS REPORT OF GEOFF WINKLER, RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC., AND PETITION FOR INSTRUCTIONS**<br><br>ECF No. 88 |

The court having reviewed the *Third Status Report of Geoff Winkler, Receiver for Profit Connect Wealth Services, Inc. and Petition for Instructions* and having held a hearing at which appearances were noted on the record, for the reason set forth on the record,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Third Status Report and the actions of the Receiver described therein are approved, and the Court finds that the receivership should continue according to the *Order: (A) Granting Parties' Stipulation to Enter a Preliminary Injunction and Order for Related Relief (1)*

2907918.1

*Freezing Assets, (2) Prohibiting the Destruction of Documents, (3) Appointing a Permanent Receiver, and (4) Permitting Joy Kovar to Open a Bank Account for Certain Income; (B) Setting Video Status Conference About the Receivership; and (C) Vacating Hearing on the SEC's Motions for a Preliminary [Injunction] and to Appoint a Permanent Receiver*.

2. The Receiver is authorized to undertake the recommendations presented in the Third Status Report, including a continued engagement of those professionals he deems necessary for the proper administration of the Receivership Entities and their estate.

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 26, 2022