Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:   (714) 445-1002
kandrassy@swelawfirm.com

Kara B. Hendricks, Esq.
Nevada Bar No. 07743
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com

*Attorneys for Receiver Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>                    Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM JULY 1, 2022, THROUGH SEPTEMBER 30, 2022**<br><br>ECF No. 119 |

The Court having reviewed the *Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from July 1, 2022, Through September 30, 2022* (the "Application") and the Court having found that notice was proper and that cause exists to approve the Application

**IT IS ORDERED AS FOLLOWS:**

(1) Geoff Winkler (the "Receiver") and American Fiduciary Services are allowed $122,412.50 in fees and $510.94 in costs ;

(2) Greenberg Traurig is allowed $16,169.13 in fees;

(3) Smiley Wang-Ekvall, LLP, is allowed $2,409.75 in fees and costs of $167.58;

(4) Stroz Friedberg is allowed $13,912.50 in fees;

(5) Technology Concepts & Design, Inc. is allowed fees of $702.00 and costs of $27,042.90;

(6) Baker Tilly is allowed $13,171.50 in fees and $40.67 in costs; and

(7) The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

DATED: 12/1/2022

2925587.1

2