KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938- 6856
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
ewingk@gtlaw.com
spaulding@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
**SMILEY WANG-EKVALL, LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
Email: kandrassy@swelawfirm.com

*Attorneys for Receiver Geoff Winkler of American Fiduciary Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER APPROVING SIXTH STATUS REPORT OF GEOFF WINKLER, RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC.**<br><br>ECF No. 124 |

The Court having reviewed the *Sixth Status Report of Geoff Winkler, Receiver for Profit Connect Wealth Services, Inc.* (the "Status Report") and having held a hearing at which appearances were noted on the record, for the reasons set forth on the record,

/ / /

ACTIVE 684966286v1

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Status Report and the actions of Geoff Winkler, the receiver (the "Receiver"), set forth therein are accepted and approved;

2. The Receiver is authorized to continue to administer the Receivership Entities and their estate in accordance with the terms of the Appointment Order;

3. The Receiver is authorized to undertake the recommendations presented in the Status Report including a continued engagement of those professionals he deems necessary for the proper administration of the Receivership Entities and their estate;

**IT IS SO ORDERED.**

_____
U.S. District Court Judge

DATED: 3-23-23

2915442.1
ACTIVE 684966286v1

2