Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  (714) 445-1000
Facsimile:  (714) 445-1002
kandrassy@swelawfirm.com

Kara B. Hendricks, Esq.
Nevada Bar No. 07743
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
hendricksk@gtlaw.com

*Attorneys for Receiver Geoff Winkler of
American Fiduciary Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-01298-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM JULY 1, 2023, THROUGH SEPTEMBER 30, 2023** |
| PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR, | |
| Defendants. | ECF No. 161 |

The Court having reviewed the *Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from July 1, 2023, Through September 30, 2023* [ECF No. 161] and having found that notice was proper and that cause exists to approve the Application after today's hearing,

**IT IS ORDERED that the Application [ECF No. 161] is APPROVED and:**

(1)    Geoff Winkler (the "Receiver") and American Fiduciary Services are allowed $127,013.50 in fees and $1,196.37 in costs;

(2)    Greenberg Traurig is allowed $8,214.08 in fees;

(3)    Smiley Wang-Ekvall, LLP, is allowed $7,823.03 in fees and costs of $104.20;

(4)    Technology Concepts & Design, Inc. is allowed fees of $136.50 and costs of $24,304.30;

(5)    Baker Tilly is allowed $6,795.50 in fees and $27.66 in costs; and

(6)    The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

DATED:    1-4-2024

SMILEY WANG-EKVALL, LLP
3200 PARK CENTER DRIVE, SUITE 250
COSTA MESA, CALIFORNIA 92626
(714) 445-1000 FAX (714) 445-1002