KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938- 6856
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
kandrassy@swelawfirm.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING RECEIVER GEOFF WINKLER'S MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH TROY SUTTON**<br><br>ECF No. 164 |

The Court having reviewed and considered the unopposed MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH TROY SUTTON (ECF No. 164) and with good cause appearing after today's hearing on the same,

ACTIVE 691570968v1

**IT IS HEREBY ORDERED** that:

(1) The Motion **(ECF No. 164) is GRANTED**; and

(2) The Provisional Settlement Agreement with Troy Sutton is approved.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 4, 2024

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600, LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856

ACTIVE 691570968v1