Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
kandrassy@swelawfirm.com

Kara B. Hendricks, Esq.
Nevada Bar No. 07743
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING MOTION FOR ORDER IN AID OF RECEIVERSHIP AUTHORIZING RECEIVER TO PURSUE CLAWBACK ACTIONS AND APPROVING SETTLEMENT PARAMETERS**<br><br>ECF No. 162 |

The Court having reviewed the unopposed *Motion for Order in Aid of Receivership Authorizing Receiver to Pursue Clawback Actions and Approving Settlement Parameters* (ECF No. 162) and with good cause appearing after today's hearing on the same,

**IT IS ORDERED that:**

(1) The Motion [ECF No. 162] is GRANTED;

2960875.1

1  (2) The settlement procedures set forth in the Motion, including the form of the settlement agreement attached as Exhibit 1, are approved and the Receiver is authorized to make non-material changes to the form of the settlement agreement; and

(3) The Receiver is authorized to pursue litigation against the Clawback Defendants, as that term is defined in the Motion, in the event that he cannot consensually resolve the claims and if believes that it is a proper exercise of his business judgment to do so.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 4, 2024