**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone:  (310) 440-4100
Facsimile:  (310) 691-1943
kandrassy@raineslaw.com

**GREENBERG TRAURIG, LLP**
Kara Hendricks, Esq.
Nevada Bar No. 07743
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938-6856
Facsimile:  (702) 792-9002
hendricksk@gtlaw.com

Attorneys for Receiver
Geoff Winkler of American Fiduciary Services

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No.: 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING MOTION FOR ORDER IN AID OF RECEIVERSHIP ALLOWING AND DISALLOWING CLAIMS**<br><br>ECF No. 181 |

The Court having reviewed the **Motion for Order in Aid of Receivership Allowing and Disallowing Claims** [ECF No. 181] and having conducted a hearing on the motion today, and based on the arguments set forth in the motion, **ORDERS AS FOLLOWS:**

    (1)    The **motion [ECF No. 181] is GRANTED** as stated on the record;

10152271.2

(2) The following claims are disallowed in their entirety: 00018, 00020, 00039, 00040, 00061, 00073, 00083, 00117, 00128, 00145, 00170, 00187, 00214, 00217, 00218, 00219, 00228, 00241, 00250, 00258, 00262B, 230831B, 230908, and 230915B.

(3) Claims 00239 and 00259 are temporarily disallowed pending resolution of the Receiver's demands for the claimants' return of funds received from Profit Connect Wealth Services, Inc., and the Receiver will reserve for these claims pending resolution of the demands or further court order;

(4) Claims 231123 and 203915A, which were received after the Claims Bar Date, are allowed as timely-filed claims, although no other tardily-filed claims will be allowed.

(5) The following claims are allowed in the following amounts:

    (a) Claim 00011 in the amount of $9.20;

    (b) Claim 00059 in the amount of $49.00;

    (c) Claim 00081 in the amount of $10,000.00;

    (d) Claim 00125 in the amount of $49.00;

    (e) Claim 00131 in the amount of $49.00;

    (f) Claim 00168A in the amount of $259.00;

    (g) Claim 00169 in the amount of $27.32;

    (h) Claim 00211 in the amount of $6,672.41;

    (i) Claim 00248 in the amount of $5,000.00; and

    (j) Claim 78969A in the amount of $156,697.57.

(6) All other claims listed in the Claims Spreadsheet attached as Exhibit 3 to the Motion [ECF No. 181-3] are allowed in the amounts set forth in the column for "Amount Allowed."

. . .

10152271.2

(7)     Distributions to the holders of claims 00091, 00142, 00143, 00146, and 13578873 may be provided only once the claimants provide a social security number or taxpayer identification number as requested by the Receiver.

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
May 13, 2024

10152271.2