**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (310) 440-4100
Facsimile: (310) 691-1943
kandrassy@raineslaw.com

**GREENBERG TRAURIG, LLP**
Kara Hendricks, Esq.
Nevada Bar No. 07743
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938-6856
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

Attorneys for Receiver
Geoff Winkler of American Fiduciary Services

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No.: 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM JANUARY 1, 2024, THROUGH MARCH 31, 2024**<br><br>ECF No. 192 |

The Court having reviewed the *Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from January 1, 2024, Through March 31, 2024* (the "Application") and there being no opposition to the Application and the Court having found that cause exists to grant the Application,

**IT IS ORDERED AS FOLLOWS:**

(1)   The Application is approved;

10223659.1

1  (2) Geoff Winkler (the "Receiver") and American Fiduciary Services are allowed $44,288.00 in fees and $367.34 in costs;

(3) Greenberg Traurig is allowed $11,693.67 in fees and $355.26 in costs;

(4) Smiley Wang-Ekvall, LLP, is allowed $693.15 in fees;

(5) Raines Feldman Littrell LLP is allowed $10,388.70 in fees:

(6) Technology Concepts & Design, Inc. is allowed fees of $136.50 and costs of $24,304.30;

(7) Baker Tilly is allowed fees of $1,276.50; and

(8) The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2024

10223659.1