KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: hendricksk@gtlaw.com
             ewingk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
*\*Admitted Pro Hac Vice*
**RAINES FELDMAN LITTRELL LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, California  92626
Telephone:  (310) 440-4100
Facsimile:  (949) 247-3998
Email: kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants | CASE NO. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING THE TWELFTH APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM APRIL 1, 2024, THROUGH JUNE 30, 2024**<br><br>ECF No. 202<br>(hearing 9/20/24) |

The Court having heard and reviewed the *Twelfth Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from April 1, 2024, Through June 31, 2024* (the "Application") and there being no opposition to the Application and the Court having found that cause exists to grant the Application,

. . .

1

ACTIVE 701574779v1

**IT IS ORDERED AS FOLLOWS:**

(1) The Application is approved;

(2) Geoff Winkler (the "Receiver") and American Fiduciary Services are allowed $51,651.50 in fees and $3,726.85 in costs;

(3) Greenberg Traurig is allowed $21,475.24 in fees and $46.49 in costs;

(4) Raines Feldman Littrell LLP is allowed $9,157.05 in fees;

(5) Technology Concepts & Design, Inc. is allowed $27,386.80 in costs;

(6) Baker Tilly is allowed fees of $5,669.00 in costs; and

(7) The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated this 20th day of September, 2024.

ACTIVE 701574779v1