
KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 938- 6856
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
RAINES FELDMAN LITTRELL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California  92626
Telephone:  (310) 440-4100
kandrassy@raineslaw.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>              Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>ECF No. 203 |

**<u>ORDER GRANTING MOTION TO APPROVE REVISED SETTLEMENT AGREEMENT WITH ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA</u>**

On September 20, 2024, the Court held a hearing on shortened notice on the *Motion to Approve Revised Settlement Agreement with Allianz Life Insurance Company of North America*

(the "Motion") filed by Geoff Winkler, the Court-appointed Receiver of Profit Connect Wealth Services, Inc. ("Profit Connect"), and its subsidiaries and affiliates. Appearances were as noted on the record. For the reasons set forth in the Motion and on the record and the Court having found that the relief sought in the Motion is a proper exercise of the Receiver's business judgment,

**IT IS ORDERED AS FOLLOWS:**

(1) The Motion is granted in its entirety;

(2) The Receiver is authorized to enter into the Amended Settlement Agreement attached to the Motion as Exhibit "1" and to take such other and further action as he deems reasonably necessary to consummate the settlement contained in the Amended Settlement Agreement; and

(3) The Receiver is authorized to make the payments required by the Releases attached as exhibits to the Amended Settlement Agreement.

**IT IS SO ORDERED.**

_____

DATED: 9/20/24 _____