KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 938- 6856
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
RAINES FELDMAN LITTRELL LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California  92626
Telephone:  (310) 440-4100
kandrassy@raineslaw.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH CITIBANK, N.A.**<br><br>ECF No. 210 |

The Court having reviewed the *Motion to Approve Settlement Agreement with Citibank, N.A.* (the "Motion"), and there being no opposition to the Motion and the Court having found that cause exists to grant the Motion, and having heard oral argument on 11/4/24,

**IT IS ORDERED AS FOLLOWS:**

(1) The Motion is granted; and

(2) The terms of the settlement agreement attached to the Motion as Exhibit "1" are approved and the Receiver is authorized to sign the settlement agreement and any other documents he deems reasonably necessary to consummate the settlement.

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 4, 2024