|  |  |
|---|---|
| 1 | **RAINES FELDMAN LITTRELL LLP** |
| 2 | Kyra E. Andrassy, Esq.<br>Admitted *Pro Hac Vice* |
| 3 | 3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626 |
| 4 | Telephone: (310) 440-4100<br>Facsimile: (310) 691-1943 |
| 5 | kandrassy@raineslaw.com |
| 6 | **GREENBERG TRAURIG, LLP**<br>Kara Hendricks, Esq. |
| 7 | Nevada Bar No. 07743<br>Kyle A. Ewing, Esq. |
| 8 | Nevada Bar No. 14051<br>10845 Griffith Peak Drive Suite 600 |
| 9 | Las Vegas, Nevada 89135<br>Telephone: (702) 938-6856 |
| 10 | Facsimile: (702) 792-9002<br>hendricksk@gtlaw.com |
| 11 | Attorneys for Receiver |
| 12 | Geoff Winkler of American Fiduciary Services |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:21-cv-01298-JAD-BNW |
| Plaintiff, | **ORDER GRANTING MOTION FOR ORDER IN AID OF RECEIVERSHIP APPROVING INTERIM DISTRIBUTION** |
| v. | |
| PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR, | ECF No. 198 |
| Defendants. | |

The Court having held multiple hearings on the unopposed *Motion for Order in Aid of Receivership Approving Interim Distribution* filed by Geoff Winkler, the receiver for Profit Connect Wealth Services, and having found that notice was proper, that the relief sought is appropriate, and that the Plaintiff SEC supports the requested relief,

**IT IS ORDERED AS FOLLOWS:**

(1) The motion **[ECF No. 198] is GRANTED;**

10263855.1

  (2) The Receiver is authorized to make a pro rata distribution of $8,000,000.00 of the funds on hand to the holders of allowed claims;

  (3) The Receiver is authorized to withhold distributions to the holders of claims 00091, 00142, 00143, 00146, and 13578873 until the claimants provide a social security number or taxpayer identification number as requested by the Receiver; and

  (4) The Receiver may reserve the distributions that would otherwise be paid to the holders of claims 00239 and 00259 pending resolution of the disputes with those claimants or further Court order.

**IT IS SO ORDERED.**

_____
U.S. District Judge
December 19, 2024

10263855.1