KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938-6856
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
RAINES FELDMAN LITTRELL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>   Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING RECEIVER GEOFF WINKLER'S MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH STEPHANIE WILDES**<br><br>ECF No. 219 |

The Court having reviewed and considered the pleadings and papers on file and any argument on the MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH STEPHANIE WILDES ("Motion") and there being no opposition to the Motion and good cause appearing,

. . .

. . .

ACTIVE 705005390v1

**IT IS HEREBY ORDERED AS FOLLOWS**:

(1) The **Motion (ECF No. 219) is GRANTED**; and

(2) The Provisional Settlement Agreement between the Receiver and Stephanie Megan Wildes is approved.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 30, 2024

2

ACTIVE 705005390v1