KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
*Admitted *Pro Hac Vice*
RAINES FELDMAN LITTRELL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: (714) 445-1000
Facsimile: (714) 445-1002
kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>               Defendants. | CASE NO. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING RECEIVER GEOFF WINKLER'S MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH JUAN CAMINERO AND VACATING HEARING**<br><br>ECF No. 228 |

The Court having reviewed and considered the pleadings and papers on file and any argument on the MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH JUAN CAMINERO ("Motion") and there being no opposition to the Motion and good cause appearing,

. . .

**IT IS HEREBY ORDERED AS FOLLOWS**:

(1)  The Motion **(ECF No. 228) is GRANTED**; and

(2)  The Provisional Settlement Agreement between the Receiver and Juan Caminero is approved.

**The hearing** scheduled [ECF No. 229] for 2/13/25 on this motion **is VACATED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated:  2/7/25

2