**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy, Esq.
Admitted *Pro Hac Vice*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (310) 440-4100
Facsimile: (310) 691-1943
kandrassy@raineslaw.com

**GREENBERG TRAURIG, LLP**
Kara Hendricks, Esq.
Nevada Bar No. 07743
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938-6856
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

Attorneys for Receiver
Geoff Winkler of American Fiduciary Services

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>    v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>                            Defendants | CASE NO. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING THE FIFTEENTH APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM JANUARY 1, 2025, THROUGH MARCH 31, 2025**<br><br>ECF No. 239 |

The Court having reviewed the *Fifteenth Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from January 1, 2025, Through March 31, 2025* (the "Application") and heard oral argument on it, and there being no opposition to the Application and the Court having found that cause exists to grant the Application,

/ / /

/ / /

1

**IT IS ORDERED AS FOLLOWS:**

(1) The Application is approved;

(2) Geoff Winkler (the "Receiver") and American Fiduciary Services are allowed $48,353.00 in fees and $4,872.72 in costs;

(3) Greenberg Traurig is allowed $8,802.50 in fees;

(4) Raines Feldman Littrell LLP is allowed $1,552.95 in fees;

(5) Technology Concepts & Design, Inc. is allowed $24,401.80 in costs; and

(7) The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated this 26th day of June, 2025.