KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 938- 6856
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com
ewingk@gtlaw.com

KYRA E. ANDRASSY, ESQ.
Admitted *Pro Hac Vice*
**RAINES FELDMAN LITTRELL LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, California  92626
Telephone:  (310) 440-4100
Facsimile:   (310) 691-1943
kandrassy@raineslaw.com

*Attorneys for Receiver,*
 *Geoff Winkler of American Fiduciary Services*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>                    Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING MOTION FOR ORDER IN AID OF RECEIVERSHIP AUTHORIZING RECEIVER TO PURSUE CLAWBACK ACTIONS AGAINST FORMER PROMOTERS AND EMPLOYEES OF PROFIT CONNECT**<br><br>ECF No. 244 |

The Court having reviewed and considered the pleadings and papers on file on the MOTION FOR ORDER IN AID OF RECEIVERSHIP AUTHORIZING RECEIVER TO PURSUE CLAWBACK ACTIONS AGAINST FORMER PROMOTERS AND EMPLOYEES OF PROFIT CONNECT, and there being no opposition to the Motion, and with good cause

appearing,

**IT IS ORDERED THAT:**

(1)     T**he Motion (ECF No. 244) is Granted.**

(2)     The Receiver is authorized to file a complaint against the Promoters and Employees in substantially the form as that attached as Exhibit A to the Motion.

(3)     The Receiver is authorized to pay the law firm of Greenberg Traurig, LLP for work related to pursuing the claims set forth in the utilizing the discounted fee structure set forth in the Motion.

(4)     **The 8/18/25 hearing on the motion is VACATED** as moot.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:     8/12/25