KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 938- 6856
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
*Admitted Pro Hac Vice*
RAINES FELDMAN LITTRELL LLP
4675 MacArthur Court, Suite 1550
Newport Beach, California  92660
Telephone:  (310) 440-4100
kandrassy@raineslaw.com

*Attorneys for Receiver*
*Geoff Winkler of American Fiduciary Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING RECEIVER GEOFF WINKLER'S MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH JEFFREY NICHOLAS**<br><br>ECF No. 247 |

The Court having reviewed and considered the pleadings and papers on file and any argument on the MOTION TO APPROVE PROVISIONAL SETTLEMENT AGREEMENT WITH JEFFREY NICHOLAS ("Motion") and there being no opposition to the Motion and good cause appearing,

/ / /

2959615.1
ACTIVE 713721213v1

**IT IS HEREBY ORDERED AS FOLLOWS**:

(1) The Motion (ECF No. 247) is GRANTED;

(2) The Provisional Settlement Agreement between the Receiver on the one hand, and Jeffrey Nicholas on the other hand, is approved; and

(3) The 9/17/25 hearing (ECF No. 248) is VACATED.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: 8/29/25

ACTIVE 713721213v1