KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: hendricksk@gtlaw.com
           ewingk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
**Admitted Pro Hac Vice*
**RAINES FELDMAN LITTRELL LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, California  92626
Telephone:  (310) 440-4100
Facsimile:  (949) 247-3998
Email: kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants | CASE NO. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING THE SIXTEENTH APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM APRIL 1, 2025, THROUGH JUNE 30, 2025**<br><br>ECF No. 251 |

The Court having reviewed the Sixteenth Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from April 1, 2025, Through June 30, 2025 (the "Application") (ECF No. 251) and there being no opposition to the Application and the Court having found that cause exists to grant the Application,

1

ACTIVE 713293839v1

**IT IS ORDERED AS FOLLOWS:**

(1) The Application **[ECF No. 251] is GRANTED**;

(2) Receiver Geoff Winkler and American Fiduciary Services are allowed $45,753.50 in fees and $2,587.07 in costs;

(3) Greenberg Traurig is allowed $14,148.43 in fees;

(4) Raines Feldman Littrell LLP is allowed $5,676.30 in fees and $333.90 in costs;

(5) Technology Concepts & Design, Inc. is allowed $24,864.30 in costs; and

(6) The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated this 17th day of September, 2025.