KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938- 6856
Facsimile: (702) 792-9002
hendricksk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
*Admitted Pro Hac Vice*
**RAINES FELDMAN LITTRELL LLP**
4675 MacArthur Court, Suite 1550
Newport Beach, California 92660
Telephone: (310) 440-4100
kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR,<br><br>Defendants. | Case No. 2:21-cv-01298-JAD-BNW<br><br>**ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH WILLIAM DIVINE**<br><br>ECF No. 255 |

The Court having reviewed and considered the pleadings and papers on file and any argument on the MOTION TO APPROVE SETTLEMENT AGREEMENT WITH WILLIAM DIVINE ("Motion") and there being no opposition to the Motion and good cause appearing,

/ / /

/ / /

ACTIVE 714786411v1

**IT IS HEREBY ORDERED AS FOLLOWS**:

 (1) The Motion **(ECF No. 255) is GRANTED**; and

 (2) The Settlement Agreement between the Receiver on the one hand, and William Divine on the other hand, is approved.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: 10/3/25

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600, LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856

ACTIVE 714786411v1