1  KARA HENDRICKS, ESQ.
   Nevada Bar No. 07743
2  KYLE A. EWING, ESQ.
   Nevada Bar No. 014051
3  **GREENBERG TRAURIG, LLP**
4  10845 Griffith Peak Drive Suite 600
   Las Vegas, Nevada  89135
5  Telephone:  (702) 938- 6856
   Facsimile:   (702) 792-9002
6  hendricksk@gtlaw.com

7  KYRA E. ANDRASSY, ESQ.*
8  *Admitted Pro Hac Vice*
   **RAINES FELDMAN LITTRELL LLP**
9  4675 MacArthur Court, Suite 1550
   Newport Beach, California  92660
10 Telephone:  (310) 440-4100
11 kandrassy@raineslaw.com

12 *Attorneys for Receiver,*
   *Geoff Winkler of American Fiduciary Services*

13

14             **UNITED STATES DISTRICT COURT**

15             **DISTRICT OF NEVADA**

16 SECURITIES AND EXCHANGE              Case No. 2:21-cv-01298-JAD-BNW
   COMMISSION,
17                                      **ORDER GRANTING RECEIVER'S**
                                        **MOTION TO APPROVE**
18                    Plaintiff,        **SETTLEMENT AGREEMENT WITH**
                                        **BRIAN FOUTS**
19       v.

20 PROFIT CONNECT WEALTH SERVICES,
   INC., JOY I. KOVAR, and BRENT CARSON    ECF No. 262
21 KOVAR,

22                    Defendants.

23

24       The Court having reviewed and considered the pleadings and papers on file and any

25 argument on the MOTION TO APPROVE SETTLEMENT AGREEMENT WITH BRIAN

26 FOUTS (ECF No. 262) and there being no opposition to the Motion and good cause appearing,

27 / / /

28 / / /

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600, LAS VEGAS, NEVADA 89135
TELEPHONE (702) 938-6856

**IT IS HEREBY ORDERED AS FOLLOWS**:

(1)     The Motion (ECF No. 262) is GRANTED; and

(2)     The Settlement Agreement between the Receiver on the one hand, and Brian Fouts

on the other hand, is APPROVED.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT COURT JUDGE

Dated: _____11-13-25_____

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600, LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE 715845376v1