KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002
Email:       hendricksk@gtlaw.com
             ewingk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
*Admitted Pro Hac Vice*
**RAINES FELDMAN LITTRELL LLP**
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone:   (310) 440-4100
Facsimile:   (310) 691-1943
Email:       kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:21-cv-01298-JAD-BNW |
| Plaintiff, | **ORDER GRANTING THE SEVENTEENTH APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM JULY 1, 2025, THROUGH SEPTEMBER 30, 2025** |
| v. | |
| PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR, | |
| Defendants. | |
| | ECF No. 265 |

The Court having reviewed the *Seventeenth Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from July 1, 2025, Through September 30, 2025* (the "Application") and there being no opposition to the Application and the Court having found that cause exists to grant the Application,

1

**IT IS ORDERED AS FOLLOWS:**

(1)   The Application **[ECF No. 265] is approved**;

(2)   Receiver Geoff Winkler and American Fiduciary Services are allowed $42,921.00 in fees and $3,501.51 in costs;

(3)   Greenberg Traurig is allowed $6,981.35 in fees related to the main receivership action and $11,506.40 related to the litigation against former employees and promoters;

(4)   Raines Feldman Littrell LLP is allowed $2,034.90 in fees and $202.50 in costs;

(5)   Technology Concepts & Design, Inc. is allowed $24,219,30 in costs;

(6)   The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

(7)   The 1/5/26 **hearing on the motion is vacated** as moot. .

_____
UNITED STATES DISTRICT COURT JUDGE

December 22, 2025