KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email: hendricksk@gtlaw.com
            ewingk@gtlaw.com

KYRA E. ANDRASSY, ESQ.*
*Admitted Pro Hac Vice*
**RAINES FELDMAN LITTRELL LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, California  92626
Telephone:  (310) 440-4100
Facsimile:  (949) 247-3998
Email: kandrassy@raineslaw.com

*Attorneys for Receiver,*
*Geoff Winkler of American Fiduciary Services*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 2:21-cv-01298-JAD-BNW |
| Plaintiff, | **ORDER GRANTING THE EIGHTEENTH APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS OF THE RECEIVER AND HIS PROFESSIONALS FOR THE PERIOD FROM OCTOBER 1, 2025, THROUGH DECEMBER 31, 2025** |
| v. | |
| PROFIT CONNECT WEALTH SERVICES, INC., JOY I. KOVAR, and BRENT CARSON KOVAR, | |
| Defendants | ECF No. 272 |

The Court having reviewed the *Eighteenth Application for Allowance and Payment of Fees and Costs of the Receiver and His Professionals for the Period from October 1, 2025, Through December 31, 2025* (the "Application") and there being no opposition to the Application and the Court having found that cause exists to grant the Application,

/ / /

1

ACTIVE 719327274v1

**IT IS ORDERED AS FOLLOWS:**

(1)    The Application **[ECF No. 272] is approved;**

(2)    Geoff Winkler (the "Receiver") and American Fiduciary Services are allowed $37,515.50 in fees and $1,626.31 in costs;

(3)    Greenberg Traurig is allowed $7,248.76 in fees, related to the main receivership case, and $27,658.80 in fees related to the litigation involving former employees and promoters, for a total of $34,907.56, and $4,777.90 in total costs related to the litigation involving former employees and promoters;

(4)    Raines Feldman Littrell LLP is allowed $3,327.35 in fees and $21.81 in costs;

(5)    Technology Concepts & Design, Inc. is allowed $18,613.32 in costs; and

(7)    The Receiver is authorized to pay 80% of the allowed fees and 100% of the allowed costs from funds on hand in the receivership estate.

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT COURT JUDGE

March 30, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive ,Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

ACTIVE 719327274v1